UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

RACEY FORD                                                                  CIVIL ACTION

VERSUS

STATE OF LOUISIANA, ET AL                                    NO. 08-361-C-M2

### ORDER

A review of the record in the above-captioned matter indicates that the District Attorney for the 21st Judicial District has failed, in part, to comply with the Court's Order dated July 24, 2008 by not producing, within forty-five (45) days of that Order, a certified copy of the entire state court record. (R. Doc. 6). Although the District Attorney has filed a response (R. Doc. 8)[1] to the petition for writ of habeas corpus filed by Racey Ford ("Ford"), seeking dismissal of that petition on the ground that Ford failed to exhaust his state court remedies, the undersigned is unable to determine whether the State's arguments have merit and to issue a report and recommendation relative to Ford's habeas petition, without access to a complete, certified copy of the state court record.

Accordingly;

**IT IS ORDERED** that the District Attorney for the 21st Judicial District, Parish of Livingston, Louisiana, shall file a certified copy of the entire state court record relative to the above-captioned matter with this Court within fifteen (15) days of this Order.

Signed in chambers in Baton Rouge, Louisiana, October 6, 2008.

**MAGISTRATE JUDGE CHRISTINE NOLAND**

---

[1] The State's response is in the form of a motion to dismiss the habeas petition.

cc: DA for 21st JDC, Livingston Parish