UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RACEY FORD

VERSUS

STATE OF LOUISIANA, ET AL

CIVIL ACTION

NO. 08-361-C

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated November 3, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion to Dismiss (rec. doc. 8) filed by th State of Louisiana, through the Office of the District Attorney, 21st Judicial District Court, Parish of Livingston, is granted in part, in that petitioner's unexhausted claim that he was denied his right to trial by judge or jury is dismissed, and denied in part as to all of petitioner's other claims. Further, the State of Louisiana, Office of the District Attorney, 21st Judicial District Court, Parish of Livingston shall file a response to the merits of all claims contained in the habeas petition, except for petitioner's claim that he was denied his right to trial by judge or jury, within thirty (30) days.

Baton Rouge, Louisiana, December 4, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA