UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RACEY FORD

VERSUS

STATE OF LOUISIANA, ET AL

CIVIL ACTION

NO. 08-361-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated May 21, 2009. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the original and amended petitions for writ of habeas corpus (rec.docs. 1,3) filed by petitioner, Racey Ford, will be dismissed with prejudice for lack of merit.

Baton Rouge, Louisiana, June 29, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA